STATE of Missouri, Respondent,

v.

David RUTHER, Appellant.

No. WD 54743.

Missouri Court of Appeals,
Western District.

June 23, 1998.

Jane Dunn, Chillicothe, for appellant.

Matthew J. O'Connor, Sp. Pros. Atty., Kansas City, for respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction by a jury in the circuit court of Caldwell County of one count of operating a motor vehicle without a license, § 302.020, RSMo 1994, and one count of operating a motor vehicle in excess of the posted speed limit, § 304.010, RSMo 1994. Affirmed. Rule 30.25(b)..